UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| **ASIAN FOOD & GIFTS OF CHATTANOOGA, INC.;** | **CASE NO.: 1:17-CV-134** |
| **Plaintiff,** | |
| v. | |
| **HARTFORD CASUALTY INSURANCE COMPANY,** | |
| **Defendant.** | |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff Asian Food & Gifts of Chattanooga, Inc. and the Defendant Hartford Casualty Insurance Company and notify the Court that the Parties have reached a settlement of all claims in this matter.

The Parties respectfully request that the Court stay all current pretrial deadlines and grant the Parties 30 days to memorialize the terms of the settlement and to file a dismissal of the action.

| | |
|---|---|
| */s/ Robert W. Sauser* | */s/ John A. Little, Jr.* |
| LAW OFFICES OF ROBERT SAUSER | MAYNARD, COOPER & GALE, PC |
| Robert W. Sauser | William B. Wahlheim, Jr. |
| 300 Forest Avenue, Suite C | John A. Little, Jr. (*pro hac vice*) |
| Chattanooga, TN 37405-3977 | 1901 Sixth Avenue North |
| Telephone: 423.535.9387 | Regions/Harbert Plaza, Suite 2400 |
| rsauser@sauserlawfirm.com | Birmingham, AL 35203 |
| | Telephone: 205.254.1000 |
| Counsel for Plaintiff | Facsimile: 205.142.1999 |
| | wwahlheim@maynardcooper.com |
| | jlittle@maynardcooper.com |
| | |
| | Counsel for the Defendant |

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on the following by filing with Clerk via the CM/ECF system on this 6th day of March 2018 which provided notice to

Robert W. Sauser
Law Offices of Robert W. Sauser
300 Forest Avenue, Suite C
Chattanooga, TN 37405-3977

Counsel for the Plaintiff

                                */s/ John A. Little, Jr.*
                                OF COUNSEL

04357380.1
Case 1:17-cv-00134-JRG-SKL    Document 16    Filed 03/06/18    Page 2 of 2    PageID #: 94