# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| **ASIAN FOOD & GIFTS OF CHATTANOOGA, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | **Case No. 1:17-CV-134** |
| vs. | ) ) ) | |
| **HARTFORD CASUALTY INSURANCE CO.,** | ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is stipulated by and between these parties, pursuant to FRCP Rule 41(a)(1)(A)(ii) that the within action shall be dismissed on its merits with prejudice to each party, and that each party shall bear its own attorney's fees, court costs and discretionary costs. The parties request the entry of a judgment of dismissal with prejudice pursuant to this stipulation.

Respectfully submitted,

**LAW OFFICES OF
ROBERT W. SAUSER**

By: /s/ *Robert W. Sauser*
Robert W. Sauser, BPR No. 006217
300 Forest Ave., Suite C
Chattanooga, TN 37405
423.535.9387 (p)
423.468.2599 (f)
rsauser@sauserlawfirm.com
*Attorney for Plaintiff*

1

MAYNARD, COOPER & GALE, PC

By:  /s/ *John A. Little*_____
William B. Wahlheim, Jr.
John A. Little (*pro hac vice*)
1901 Sixth Avenue North
Suite 2400
Birmingham, AL  35203
205.254.1000 (p)
205.142.1999 (f)
wwahlheim@maynardcooper.com
jlittle@maynardcooper.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of the foregoing was filed with the Court's CM/ECF system on this 20th day of March 2018, which provided notice to the following:

William B. Wahlheim, Jr.
John A. Little, Jr.
1901 Sixth Avenue North
Suite 2400
Birmingham, AL  35203

/s/ *Robert W. Sauser*_____
Robert W. Sauser, BPR No. 006217

2